**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINIOS**

In re:  ROGER K. LOGAN           §         Case No. 09-70177
        DONNA J. LOGAN           §
                                 §
                                 §
           Debtors               §

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Lydia S. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 01/23/2009.

2) The plan was confirmed on 06/16/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 09/02/2009.

5) The case was converted on 10/08/2009.

6) Number of months from filing or conversion to last payment: 5.

7) Number of months case was pending: 8.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $28,701.02.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have NOT cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

### Receipts:

| | | |
|---|---:|---:|
| Total paid by or on behalf of the debtor | $ 7,108.28 | |
| Less amount refunded to debtor | $ 0.00 | |
| **NET RECEIPTS** | | $ 7,108.28 |

### Expenses of Administration:

| | | |
|---|---:|---:|
| Attorney's Fees Paid Through the Plan | $ 3,000.00 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 506.05 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 3,506.05 |
| Attorney fees paid and disclosed by debtor: | $ 774.00 | |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| JONES & HART LAW OFFICE | Lgl | 3,500.00 | 3,774.00 | 3,774.00 | 3,000.00 | 0.00 |
| CHASE AUTO FINANCE | Sec | 21,965.00 | 18,537.62 | 18,537.62 | 1,268.05 | 533.07 |
| COUNTRYWIDE HOME LOANS | Sec | 0.00 | NA | NA | 0.00 | 0.00 |
| GMAC | Sec | 21,833.00 | 19,330.03 | 12,000.00 | 1,287.50 | 513.61 |
| GMAC | Uns | 0.00 | 0.00 | 7,330.03 | 0.00 | 0.00 |
| HFC | Sec | 0.00 | 33,182.63 | 0.00 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, | Uns | 0.00 | 1,424.33 | 1,424.33 | 0.00 | 0.00 |
| ASSOCIATES IN ENOCRINOLOGY | Uns | 121.00 | NA | NA | 0.00 | 0.00 |
| ROUNDUP FUNDING LLC | Uns | 872.60 | 872.60 | 872.60 | 0.00 | 0.00 |
| ASSET ACCEPTANCE CORP | Uns | 832.00 | 1,129.02 | 1,129.02 | 0.00 | 0.00 |
| CAPITAL ONE BANK (USA) NA | Uns | 3,012.74 | 3,740.70 | 3,740.70 | 0.00 | 0.00 |
| ECAST SETTLEMENT | Uns | 0.00 | 1,078.55 | 1,078.55 | 0.00 | 0.00 |
| CAPITAL ONE BANK (USA) NA | Uns | 1,105.28 | 1,416.87 | 1,416.87 | 0.00 | 0.00 |
| CAPITAL ONE BANK (USA) NA | Uns | 1,179.26 | 1,565.77 | 1,565.77 | 0.00 | 0.00 |
| ROUNDUP FUNDING LLC | Uns | 624.00 | 624.42 | 624.42 | 0.00 | 0.00 |
| CINGULAR WIRELESS | Uns | 572.00 | NA | NA | 0.00 | 0.00 |
| CINGULAR WIRELESS | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CITGO | Uns | 0.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| JEFFERSON CAPITAL SYSTEMS, | Uns | 891.03 | 891.03 | 891.03 | 0.00 | 0.00 |
| CREDIT ONE BANK | Uns | 74.00 | NA | NA | 0.00 | 0.00 |
| DCS | Uns | 10,391.33 | NA | NA | 0.00 | 0.00 |
| GE MONEY BANK / BASS PRO | Uns | 1,424.00 | NA | NA | 0.00 | 0.00 |
| GEMB / JCP | Uns | 1,430.00 | NA | NA | 0.00 | 0.00 |
| GEMB / JC PENNEY | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, | Uns | 6,595.00 | 6,595.99 | 6,595.99 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Uns | 575.00 | 369.57 | 369.57 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Uns | 344.00 | 344.64 | 344.64 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, | Uns | 0.00 | 1,572.29 | 1,572.29 | 0.00 | 0.00 |
| HSBC | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING LLC | Uns | 1,461.41 | 1,644.85 | 1,644.85 | 0.00 | 0.00 |
| JC PENNEY | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| ROUNDUP FUNDING LLC | Uns | 555.00 | 555.89 | 555.89 | 0.00 | 0.00 |
| MARATHON ASHLAND | Uns | 302.00 | 302.24 | 302.24 | 0.00 | 0.00 |
| MERCY HEALTH PHYSICIANS | Uns | 330.00 | NA | NA | 0.00 | 0.00 |
| MERCY HEALTH PHYSICIANS | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| ROUNDUP FUNDING LLC | Uns | 488.00 | 488.87 | 488.87 | 0.00 | 0.00 |
| RJM ACQUISITIONS FUNDING LLC | Uns | 76.00 | 76.43 | 76.43 | 0.00 | 0.00 |
| NCO FINANCIAL | Uns | 191.00 | NA | NA | 0.00 | 0.00 |
| NORTHSTAR CAPITAL | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| ECMC | Uns | 10,362.00 | 9,943.05 | 9,943.05 | 0.00 | 0.00 |
| NATIONAL CAPITAL | Uns | 14,467.00 | 14,466.76 | 14,466.76 | 0.00 | 0.00 |
| PROVIDIAN | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| PROVIDIAN | Uns | 4,521.00 | NA | NA | 0.00 | 0.00 |
| ROUNDUP FUNDING LLC | Uns | 439.20 | 439.20 | 439.20 | 0.00 | 0.00 |
| ROAMANS | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| SEVENTH AVENUE | Uns | 155.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, | Uns | 760.16 | 608.82 | 608.82 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, | Uns | 5,342.00 | 4,521.42 | 4,521.42 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, | Uns | 657.00 | 710.00 | 710.00 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 30,537.62 | $ 2,555.55 | $ 1,046.68 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 30,537.62 | $ 2,555.55 | $ 1,046.68 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 62,713.34 | $ 0.00 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 3,506.05 |
| Disbursements to Creditors | $ 3,602.23 |
| **TOTAL DISBURSEMENTS:** | $ 7,108.28 |

      12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed.  The trustee requests that the trustee be discharged and granted such other relief as may be just and proper.

Date:  <u>10/21/2009</u>        By:  <u>/s/ Lydia S. Meyer</u>
                                                     Trustee

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.